PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00031-AC |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| ANGEL JESUS SANCHEZ-MANRIQUEZ, | DATE: April 16, 2021 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 12, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

///

///

[PROPOSED] FINDINGS AND ORDER                                1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to May 21, 2021, at 2:00 p.m.

2. The time between April 16, 2021, and May 21, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   April 12, 2021

THE HONORABLE JEREMY D. PETERSON
United States Magistrate Judge

[PROPOSED] FINDINGS AND ORDER         2